UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOSTON JERMAINE TOMPKINS,

Plaintiff,

v.

MICHAEL SCOBECK, *et al.*,

Defendants.
______________________________________/

Case No. 2:25-cv-13103

District Judge Terrence G. Berg
Magistrate Judge Anthony P. Patti

**ORDER GRANTING DEFENDANT CERNY'S MOTION TO STAY (ECF No. 26)**

This case has been referred to me for pretrial matters. (ECF No. 13.) On November 2, 2026, the Court consolidated a latter filed case (Case No. 2:26-cv-12799-TGB-APP) with the instant lawsuit (*see* ECF Nos. 21, 22, 24), including the filing of a supplemental pleading (*see* ECF No. 23). Currently before the Court is Defendant Cerny's November 16, 2026 motion to stay a response to Plaintiff's supplemental pleading (ECF No. 26), which, upon consideration, is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE